## KITTY, A BLACK GIRL, *versus* ANTOINE LASSELLE

JOURNAL ENTRIES (1823): *Journal 3:* (1) Dismissed *p. 397.
PAPERS IN FILE: (1) Precipe for writ of habeas corpus.
*1822–23 Calendar*, MS p. 133.

## JOSEPH CAMPAU *versus* MICHAEL DOUSMAN AND MOSES BIRDSALL

JOURNAL ENTRIES (1823): *Journal 3:* (1) Dismissed *p. 397.
PAPERS IN FILE: (1) Affidavit for certiorari, allowance; (2) transcript from J. P. docket.
*1822–23 Calendar*, MS p. 136.